# First District Court of Appeal
## State of Florida

_____

No. 1D18-1557

_____

CHRIS HUDSON,

Appellant,

v.

DARLENE HUDSON,

Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Timothy Register, Judge.

May 29, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kerry Adkison of Kerry Adkison, P.A., Chipley, for Appellant.

John Y. Roberts of Roberts, Roberts, & Roberts, Marianna, for Appellee.